IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


**LUIS F. NAVARRETE JURADO,**

      Petitioner,

v.                                                                        No. 12-cv-0379 JP/SMV

**RAY TERRY, Warden of Otero County**
**Processing Center, in his official capacity,**
**ADRIAN MACIAS, El Paso Field Office**
**Director, Immigration and Customs Enforcement,**
**ERIC H. HOLDER, Jr., U.S. Attorney General**
**in their official capacity,**

      Respondents.


**ORDER**

      This matter is before the Court, sua sponte under rules 1(b), 4 of the Rules Governing Section 2254 Cases, on Petitioner's Petition For Writ Of Habeas Corpus And Immediate Release From Custody [Doc. 1].  In the Petition, Petitioner names his warden, a Field Office Director of Immigration and Customs Enforcement, and the United States Attorney General as Respondents. Petitioner asserts that joinder of named Respondents Macias and Holder may be necessary for effecting certain alternative relief in this proceeding.  He asks the Court to keep Respondents Macias and Holder in the case as Respondents.  The Court will order an answer to Petitioner's Petition, including briefing on the issues of who are the proper Respondents in this proceeding and of the Court's jurisdiction over the claims.

      **IT IS THEREFORE ORDERED** that the Clerk is directed to forward copies of this Order to Respondent Ray Terry, Warden, at Otero County Processing Center, 26 McGregor Range Rd.,

Chaparral, NM 88081, and to the United States Attorney for the District of New Mexico, with copies of Petitioner's Petition For Writ Of Habeas Corpus And Immediate Release From Custody [Doc. 1] and supporting papers and exhibits, if any;

**IT IS FURTHER ORDERED** that, within twenty-three (23) days from entry of this Order, Respondents answer Petitioner's Petition. Respondents are directed to include in the answers a statement of their position(s), with supporting legal argument, on the issues of proper Respondents in this proceeding and the Court's jurisdiction over the claims. No later than fourteen (14) days after the answer is filed, Petitioner may file a reply brief on the issues of proper Respondents and jurisdiction.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**